RECEIVED
SEP 19 2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA
## DAVENPORT DIVISION

| | |
|---|---|
| MICHAEL HANDT | )<br>) |
| Plaintiff, | )<br>) CASE NO.: 3:09-cv-00176-CFB<br>) |
| vs. | )<br>) |
| RICK LYNCH; BILL DUWA, TIM MILLER, DAN FORBES, and CARRIE CARSON, | ) **VERDICT FORMS**<br>)<br>) |
| Defendants. | )<br>) |

Attached is a series of questions that will determine the verdict in this case as to each of Plaintiff's claims against each of the Defendants individually. Please complete the verdict forms, which will be signed by the Presiding Juror once you have reached your verdict.

## VERDICT FORM No. 1

Do you find that Plaintiff Handt has proven any of the following claims against Defendant Rick Lynch:

1. 8th Amendment: ___ Yes ✓ No

2. 14th Amendment Substantive Due Process: ___ Yes ✓ No

3. 14th Amendment Procedural Due Process: ___ Yes ✓ No

4. False Imprisonment: ___ Yes ✓ No


If you answered Yes, and found in favor of Plaintiff Handt on any of his claims against Defendant Lynch, please proceed to Verdict Form No. 6, and award damages on those claims.


After you have completed deliberation as to the claims against Defendant Lynch, please proceed to consider the claims made against the remaining Defendants.

## VERDICT FORM No. 2

Do you find that Plaintiff Handt has proven any of the following claims against Defendant Bill Duwa:

1. 8th Amendment: ___ Yes  _✓_ No

2. 14th Amendment Substantive Due Process: ___ Yes  _✓_ No

3. 14th Amendment Procedural Due Process: ___ Yes  _✓_ No


If you answered Yes, and found in favor of Plaintiff Handt on any of his claims against Defendant Duwa, please proceed to Verdict Form No. 6, and award damages on those claims.


After you have completed deliberation as to the claims against Defendant Duwa, please proceed to consider the claims made against the remaining Defendants.

## VERDICT FORM No. 3

Do you find that Plaintiff Handt has proven any of the following claims against Defendant Tim Miller:

1. 8th Amendment: ___ Yes _✓_ No

2. 14th Amendment Substantive Due Process: ___ Yes _✓_ No

3. 14th Amendment Procedural Due Process: ___ Yes _✓_ No


If you answered Yes, and found in favor of Plaintiff Handt on any of his claims against Defendant Miller, please proceed to Verdict Form No. 6, and award damages on those claims.


After you have completed deliberation as to the claims against Defendant Miller, please proceed to consider the claims made against the remaining Defendants.

## VERDICT FORM No. 4

Do you find that Plaintiff Handt has proven any of the following claims against Defendant Dan Forbes:

1. 8th Amendment: ___ Yes  ✓ No

2. 14th Amendment Substantive Due Process: ___ Yes  ✓ No

3. 14th Amendment Procedural Due Process: ___ Yes  ✓ No


If you answered Yes, and found in favor of Plaintiff Handt on any of his claims against Defendant Forbes, please proceed to Verdict Form No. 6, and award damages on those claims.


After you have completed deliberation as to the claims against Defendant Forbes, please proceed to consider the claims made against the remaining Defendants.

19

## VERDICT FORM No. 5

Do you find that Plaintiff Handt has proven any of the following claims against Defendant Carrie Carson:

1. 8th Amendment: ___ Yes _✓_ No

2. 14th Amendment Substantive Due Process: ___ Yes _✓_ No

3. 14th Amendment Procedural Due Process: ___ Yes _✓_ No


If you answered Yes, and found in favor of Plaintiff Handt on any of his claims against Defendant Carson, please turn to Verdict Form No. 6, and award damages on those claims.


After you have completed deliberation as to the claims against Defendant Carson, please proceed to consider the claims made against the remaining Defendants.

## VERDICT FORM No. 6

If you found in favor of Plaintiff Handt against any Defendant on *any* claim, complete the questions on this page and then sign at the bottom and notify the Court Security Officer that your deliberations are complete.

If you found for all Defendants on *all* claims, *do not* complete *any* questions on this page. Immediately sign at the bottom, and notify the Court Security Officer that your deliberations are complete.

**Question No. 1:** What amount of actual damages did Plaintiff Handt suffer from June 5, 2008, to July 7, 2008, caused by a specific Defendant? If you find Plaintiff Handt's damages have no monetary value, enter the nominal amount of one dollar ($1.00).

| | |
|---|---|
| Defendant Lynch | $ _____ |
| Defendant Duwa | $ _____ |
| Defendant Miller | $ _____ |
| Defendant Forbes | $ _____ |
| Defendant Carson | $ _____ |

**Question No. 2:** Do you find punitive damages should be awarded to Plaintiff Handt? Answer "Yes" or "No" with respect to each Defendant and state the amount of punitive damages where indicated. If you answer "No," do not state an amount of punitive damages for that Defendant.

| | | |
|---|---|---|
| Defendant Lynch _____ (Yes or No) | | $ _____ |
| Defendant Duwa _____ (Yes or No) | | $ _____ |
| Defendant Miller _____ (Yes or No) | | $ _____ |
| Defendant Forbes _____ (Yes or No) | | $ _____ |
| Defendant Carson _____ (Yes or No) | | $ _____ |

_S/_ _____       9-19-2013 _____

Signature of Presiding Juror                       Date

21